

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

Douqquon J. Culbreth jr.
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

PrimeCare Medical Inc.
&
William Cattell
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Daquan J Culbreth Jr.
- All other names by which you have been known: 
- ID Number: 2000-0000678
- Current Institution: 625 East King St
- Address: Lancaster, Pa 17602

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: William Cattell
- Job or Title (if known): Dr.
- Shield Number:
- Employer: PrimeCare Medical Inc.
- Address: Harrisburg, PA 17109

[X] Individual capacity   [X] Official capacity

**Defendant No. 2**
- Name: PrimeCare Medical Inc
- Job or Title (if known): Medical Office
- Shield Number:
- Employer: PrimeCare Medical Inc
- Address: Harrisburg, PA 17109

[X] Individual capacity   [X] Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ City _____ State _____ Zip Code
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ City _____ State _____ Zip Code
  ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  __Deliberate Indifference/Gross Negligence__

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_Deliberate Indifferance/Gross Negligence, I told medical staff my hand is broken and need treatment._

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_3-5, Cell 4053 I broke my hand in a mutual combative fight Lancaster County Prison_

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

C. What date and approximate time did the events giving rise to your claim(s) occur?

07/21/2023

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was defending myself in mutual combative fighting with another inmate, It was on camera

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My right hand is broken, I have not recieved any treatment except 5 days of tylenol prescribed on 07/23/2023

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want in relief $100,000 for Pain and Suffering, Deliberate indifference, also Gross neglegance due to medical staff disregarding the fact my hand is broken and recieved no medical treatment for multiple days that have went by, (07/29/2023) at 5:1½ I told a nurse I was in pain and still was not seen.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Lancaster County Prison, G-2 Restricted housing unit Kiosk

2. What did you claim in your grievance?

   That I have still recieved no medical treatment

3. What was the result, if any?

   Since, 07/23/2023 up until 08/1/2023 I still have recieved no treatment to no avail, I am frustrated because medical is not taking my injuries seriously.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Page 8. (9)

Today, August 11th, 2023 as I expected yesterday the 10th I went on a med run to Hershey medical center, bones and joints, they expressed my hand has started to heal already with the pinky knuckle being misplaced this could have been avoided if Prime Care medical did not neglect the seriousness and urgency of the injury on my hand. Due to factors I cannot control I have a permanent misplaced bone once again, it is pass the point of receiving medical assistance because there was none.

Page 8

Corrections Officer - Botchie (LCP) 625 east king St, Lancaster Pa 17602
Corrections Officer - Snyder (LCP) 625 east king St, Lancaster Pa 17602
Nurse - Ashleigh (LGH, fastcare/LCP, part-time)
Provider - Jessica (LGH, fastcare)
Corrections Officer - Desse (LCP) 625 east king St, Lancaster Pa 17602

Botchie, and Snyder both can confirm the time frame and urgency the provider said I should have surgery.

Jessica, and Ashleigh both can confirm they highlighted and expressed the urgency in my medical forms, which I was denied to recieve from LCP medical staff. (which can be seen on the kiosk records)

Desse, can confirm that medical lied about my request for help on the kiosk.

Page 8(9)

It is now August, 7th 2023 and I still have not yet been seen for surgery or even a simple follow up. When I went to the E.R the provider made sure to highlight the time frame in which I should get surgery or at least get a follow up, it has now been 18 days and my hand is still broken. In the E.R I even asked the two correction officers if they think I would recieve treatment with in the time frame provided they were sure that I should. One of the nurses who was there at L.C.T.H works part time with medical at L.C.P her first name is Ashleigh and she can confirm the amount of urgency that was expressed that I get surgery as soon as possible the two day time frame that was given was from the provider I didn't just make it up. My hand is broken bad and I need help I am in Pain, I'm to a point where I cannot sleep due to the pain. My injury is being ignored deffinetely, I feel as if they're not taking me serious. By the time I'm seen again I may have another permanent misplaced bone, I am upset, frustrated, and I simply don't understand why my injury is being neglected. It's obvious my hand is broke. There are correction officers questioning why nothing is being done about my injury. I have no civil lawyer I do not want to take these steps but I am being mistreated because I'm in jail I don't deserve treatment is what I'm getting from the amount of help I'm getting.

Page 8(9)

Today August, 4th I was finally responded to on my grievances, and instead of any accountability the nurses are lying. The responses state that I didn't put any sick calls in about my hand until August, 3rd 4A.m, I then showed the C.O. Desse the two sick calls I put in about my hand. Clear as day the dates state 07/22/23 and 07/23/23, I was seen on the 23rd for a sick call placed on the 15th for my allergies. That day I mentioned my hand to the nurse, who was a nice lady I cant remember her name but she prescribed me Tylenol for 5 days, and told me I should see a provider within those 5 days. I end up not seeing a provider until the second day of august. They sent me from LCP to the L.G.H emergency room, where they reccommended a referral for me to get surgery in the next two days. Today I checked the kiosk to see they disregarded my sick calls as if I have never put them through. All of my sick calls and grievances are on the kiosk with dates. By the time I was seen and answered I have put through two grievances and sick calls, and have not been responded to until the last 3 days, at firsthand I would've maybe suggested an honest mistake but now they are trying to paint me as a liar, dumb, and most likely trying to cover their own tracks. I admitted that I originally lied on the sick calls how the injury first occurred, but the fact of the matter is I asked them for medical attention nonetheless, they neglected that which indeed is their job. Medical staff job is to provide medical care no matter how the injuries occur, my injury was not taken serious for almost two weeks, now I have a short span of time to get surgery before once again I have a permanent injury due to factors I cannot control. I am in jail but I have rights to medical treatment just like ever citizen in the united states of America, I feel stripped of my rights.

Section G Page.11.

As of August 3rd, 2023 I still have not been responded to as in regards to the two grievances I placed on the kisosk.

After 12 days of pain and suffering, being neglected for medical treatment I was finally seen by a nurse today for x-rays on my hand. Which, then caused them... the nurses in LCP to reffer me to go to the E.R, Once I arrived to the E.R the nurses and provider questioned why I have not been seen until now, which that answer is I have no clue. I received more x-rays on my hand, and that determined my hand is fractured. The provider at LGH tempdaliiy gave me oxycodone for the pain, and stated I need surgery within the next two days due to the extremely long time period I have endured with no treatment. Due to the fact that the last time I was at LCP, the C.O's made me arrive late to my appointment the provider rescheduled a date because I was an hour late, by the time I actually saw the provider my knuckle healed in the middle of my fist. I'm not too sure I will make it to get surgery within this two day span that they claim is so urgent, if I don't get surgery today I may have another permanent injury I fear due to factors I do not have control over, I have court tomorrow August, 4th 8:30 AM which will cause a clause in the time frame to get surgery if not done today. This civil suit is not out of spite, or greed but I feel deliberately neglected by medical, ignored on my grievances, sick calls, and multiple request for help a 12 day wait for the e.r to let me know I should have been received x-rays, the proper medicine and care, a 12 day wait to tell me I need treatment in the next two days, when I requested for help everyday. I also have two listed witnesses to testify I indeed requested for treatment.

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3. Docket or index number

        _____

    4. Name of Judge assigned to your case

        _____

    5. Approximate date of filing lawsuit

        _____

    6. Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition. _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

    _____

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/03/2023

Signature of Plaintiff: *Douqquan J Culbreth Jr*
Printed Name of Plaintiff: Douqquan J Culbreth Jr
Prison Identification #: 2020-0000678
Prison Address: 625 East King St.
Lancaster, Pa 17602

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

Page 11 of 11



U.S.M.S. X-RAY

Name Da'Quan J. Culbreth Jr.
Number XXX-000878
Lancaster County Prison
Drawer C
625 East King Street
Lancaster, PA 17602-3199



RECEIVED
AUG 17 2023

Clerk of Court EDPA
James A. Byrne U.S Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106